NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DEDRIC GANDY,                          )
                                       )
            Appellant,                 )
                                       )
v.                                     )      Case No. 2D19-2117
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____ )

Opinion filed November 27, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Lee County; Bruce E. Kyle,
Judge.

Dedric Gandy, pro se.


PER CURIAM.


        Affirmed.  See § 25.073, Fla. Stat. (2010); Fla. R. Jud. Admin. 2.205(3);

Fla. Bar v. Sibley, 995 So. 2d 346 (Fla. 2008); Physicians Healthcare Plans, Inc. v.

Pfeifler, 846 So. 2d 1129 (Fla. 2003); Card v. State, 497 So. 2d 1169 (Fla. 1986);

McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013); Hughes v. State, 22 So. 3d 132

(Fla. 2d DCA 2009); Waiter v. State, 965 So. 2d 861 (Fla. 2d DCA 2007); Shortridge v.

State, 884 So. 2d 321 (Fla. 2d DCA 2004); Johnson v. Office of State Attorney, 987 So.

2d 206 (Fla. 5th DCA 2008); Pierre v. State, 821 So. 2d 1174 (Fla. 3d DCA 2002).


VILLANTI, LUCAS, and SALARIO, JJ., Concur.